# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GLUE WILKINS, | : No. 795 MAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| HON. KATHLEEN KANE, PHILIP M. MCCARTHY, LAWRENCE M. CHERBA AND ROBERT A. MULLE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.